**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24261-JEM**

**ELLA-SHERRYCE WILLIAMS,**

Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

Defendant.
________________________________________/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ella-Sherryce Williams ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") submit this Joint Notice of Settlement and state that Plaintiff and Defendant (the "Parties") have reached a settlement with regard to the above-captioned action and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: July 16, 2026

Respectfully Submitted,

/s/ Talal Rashid
**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail:Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Maria Ruiz
**MARIA RUIZ, ESQ.**
Florida Bar No. 182923
E-mail: mruiz@haber.law
HABER LAW, LLP
251 NW 23rd Street
Miami, FL 33127
Phone: 305-379-2400

*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 16, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307