**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-24261-CIV-MARTINEZ**

ELLA-SHERRYCE WILLIAMS,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.
_______________________________________/

**ORDER ON NOTICE OF SETTLEMENT**

**THIS CAUSE** came before the Court on the Parties' Joint Notice of Settlement [ECF No. 13]. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Stipulation of Dismissal (signed by all parties who have appeared in this action) within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Miami, Florida, this 16 day of July 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record